169 So. 906

## Jack COLLAS v. STATE.
### 2 Div. 581.

Court of Appeals of Alabama.
June 30, 1936.

A. W. Stewart, of Marion, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

The judgment from which this appeal is taken is reversed, and the cause remanded, under the authority of the opinion and decision of our Supreme Court in the case of Slater v. State, 230 Ala. 320, 162 So. 130.

Reversed and remanded.

170 So. 917

## Chris COLLINS v. CITY OF MOBILE.
### I Div. 243.

Court of Appeals of Alabama.
Nov. 17, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 916

## Chris COLLINS v. CITY OF MOBILE.
### I Div. 244.

Court of Appeals of Alabama.
Nov. 17, 1936.

RICE, Judge.
Affirmed.

170 So. 917

## Ella COLLINS v. CITY OF MOBILE.
### I Div. 245.

Court of Appeals of Alabama.
Nov. 17, 1936.

PER CURIAM.
Affirmed.

170 So. 917

## Ella COLLINS v. CITY OF MOBILE.
### I Div. 246.

Court of Appeals of Alabama.
Nov. 17, 1936.

SAMFORD, Judge.
Affirmed.

167 So. 919

## Ex parte Robert CONDRY.
### 4 Div. 270.

Court of Appeals of Alabama.
April 21, 1936.

Winn & Winn, of Clayton, for petitioner.

PER CURIAM.
Petition denied.

167 So. 919

## Knot COOK v. STATE.
### 4 Div. 251.

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Affirmed.